In the Matter of the Accounting of GEORGE W. PECK, as Executor of GEORGE W. BANKER, Deceased, Appellant and Respondent.

BERT A. BANKER et al., Appellants and Respondents; NATIONAL WOMAN'S SUFFRAGE ASSOCIATION, Respondent and Appellant.

In the Matter of the Accounting of GEORGE W. PECK, as Executor of HENRIETTA M. BANKER, Deceased, Appellant and Respondent.

BERT A. BANKER et al., Appellants and Respondents; NATIONAL WOMAN'S SUFFRAGE ASSOCIATION, Respondent and Appellant.

*Matter of Peck,* 79 App. Div. 296, affirmed.
(Argued December 4, 1903; decided December 18, 1903.)

CROSS-APPEALS from orders of the Appellate Division of the Supreme Court in the third judicial department, entered March 2, 1903, which modified, and affirmed as modified, decrees of the Essex County Surrogate's Court settling the accounts of George W. Peck, as executor of George W. Banker, deceased, and as executor of Henrietta M. Banker, deceased.

*James C. Foley, Cornelius P. McLaughlin* and *Gustave Hurlimann* for Bert A. Banker et al., appellants and respondents.

*Philip Carpenter* for National Woman's Suffrage Association, respondent and appellant.

Orders affirmed, without costs to either party; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.